# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2008

136593

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

KISHA VAN BUREN, Individually, and as
Personal Representative of the Estate of Izeair
Kendall Bell,
      Plaintiff-Appellant,

v

                                  SC: 136593
                                  COA: 275435

PANTHER CRANKSHAFTS,
      Defendant-Appellee.
                                  Oakland CC: 2003-052257-NO

_____/

      On order of the Court, the application for leave to appeal the March 6, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2008                          _____
                                            Clerk

t0828